```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

```
DOROTHY M. HOLCOMBE,            :

    Plaintiff,                  :

vs.                             :
                                    CIVIL ACTION 15-0028-KD-M
CAROLYN W. COLVIN,              :
Commissioner of
Social Security,                :

    Defendant.                  :
```

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Plaintiff Dorothy M. Holcombe and against Defendant Carolyn W. Colvin.

DONE this 23rd day of July, 2015.

```
                       s/BERT W. MILLING, JR.
                       UNITED STATES MAGISTRATE JUDGE
```