IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DOROTHY M. HOLCOMBE,** ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION 15-00028-KD-M |
| ) | |
| **CAROLYN W. COLVIN,** ) | |
| **Commissioner of Social Security,** ) | |
| Defendant. ) | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), dated November 5, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act ("EAJA") (Doc. 17) is **GRANTED** and Plaintiff is **AWARDED** an EAJA Attorney's fee in the amount of $2,980.04.

**DONE** and **ORDERED** this **3**rd day of **December 2015**.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE